**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| TONY ROBINSON, REG. #25853-009 | PLAINTIFF |
| V.    4:12-cv-00734-JMM-JJV | |
| ALICIA SMITH, Officer, Little Rock Police Department; *et al*. | DEFENDANTS |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and accompanying Memorandum and Order would not be taken in good faith.

DATED this 11th day of January, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE